IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BERNICE WASHINGTON, o/b/o, ) | |
| T.W., a minor child, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-1198-T |
| ) | |
| JO ANNE B. BARNHART, Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts issued August 10, 2006, pursuant to 28 U.S.C. § 636(b)(1). Judge Roberts recommends reversal and remand of the decision of the Social Security Administration terminating T.W.'s supplemental security income benefits.

Because the record reflects no timely written objection, the Court finds the parties have waived further review. The Court therefore ADOPTS the Report and Recommendation [Doc. 18] in its entirety. The Court finds that substantial evidence does not support the ALJ's determination that T.W.'s impairment does not meet the severity of Listing 112.05C.

The decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the magistrate's Report and this Order.

Entered this 31st day of August, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE